UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CAL BRIDGE, INC., <br><br> Plaintiff <br><br> v. <br><br> ONECAL, <br><br> Defendant | Case No.: 1:24-cv-22361 |

**CAL BRIDGE'S NOTICE OF REQUEST TO RESCHEUDLE
THE MARKMAN HEARING ON OR BETWEEN DECEMBER 16-19**

On October 16, the Court issued an order rescheduling the *Markman* hearing in this case from 11:00 am ET on October 23, 2025, to 2:00 pm ET on October 30, 2025.

Cal Bridge's technical expert, Dr. Kevin Almeroth, is currently scheduled to be deposed in another matter on October 30 in Santa Barbara, California. Dr. Almeroth requested that this deposition be rescheduled, but the parties informed him that they could not do so. Dr. Almeroth is therefore not available to attend the *Markman* hearing on the date currently scheduled.

Counsel for the parties in this matter have conferred about other dates that may work for the parties and their experts. Of note, Dr. Almeroth is scheduled to testify at five depositions and at four trials (one in Delaware, two in the Eastern District of Texas and one in the Northern District of California) between now and the 12th of December. OneCal's counsel has a mediation in late November that presents a conflict, and OneCal's technical expert is expecting a child around the first of the year. The parties, however, have confirmed that there are currently no conflicts for December 16-19.

As such, Cal Bridge respectfully requests that the Court reschedule the *Markman* hearing in this case at any time convenient for the Court on December 16-19.

Respectfully submitted,

By: /s/ Matthew Sean Tucker
Matthew Sean Tucker
Florida Bar No. 90047
TUCKER LAW
800 SE 3rd Avenue, Suite 300
Fort Lauderdale, FL 33316
Telephone: (954) 204-0444
Facsimile: (954) 358-4946
Matt@TuckerUp.com

Ronald H. Spuhler
Rajendra A. Chiplunkar
Wayne H. Bradley
MCANDREWS, HELD & MALLOY, LTD
500 West Madison Street
Chicago, Illinois 60661
(312) 775-8000
rspuhler@mcandrews-ip.com
rchiplunkar@mcandrews-ip.com
wbradley@mcandrews-ip.com
(all admitted Pro Hac Vice)

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on October 21, 2025, I electronically served the foregoing document via email on all counsel of record for the parties.

By: /s/ Matthew Sean Tucker
Matthew Sean Tucker
Florida Bar No. 90047
Tucker Law ®
800 SE 3rd Avenue, Suite 300
Fort Lauderdale, FL 33316
Telephone: (954) 204-0444
Facsimile: (954) 358-4946
Email: Matt@TuckerUp.com

OF COUNSEL:

Ronald H. Spuhler
Ryan J. Pianetto
Madeline P. Paradkar
MCANDREWS, HELD & MALLOY, LTD
500 West Madison Street
Chicago, IL 60661
(312) 775-8000

*Attorneys for Plaintiff*