UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **CAL BRIDGE, INC.,**<br><br>    Plaintiff<br><br>v.<br><br>**ONECAL,**<br><br>    Defendant | Case No.: 1:24-cv-22361 |

## JOINT MOTION TO RESCHEDULE MARKMAN HEARING

Pursuant to the Court's November 6, 2025 Order [D.E. 84], Plaintiff, Cal Bridge, Inc. ("Plaintiff" or "Cal Bridge") and Defendant OneCal ("Defendant" or "OneCal") jointly request that the Court hold a Markman hearing on one of the following dates, at the convenience of the Court: January 27, January 28 or January 29, 2026. The parties request that the Court stay any deadline between now and when the Markman hearing takes place (e.g., the deadline for the parties to exchange opening expert reports is currently due on November 24, 2025 – thirty days after the Markman hearing was scheduled at the time). The parties will be prepared to provide the Court at the Markman hearing with a proposed schedule for the remainder of the case, adjusted to account for the new Markman hearing date.

1

Dated: November 17, 2025

          Respectfully submitted,

          By: /s/ Matthew Sean Tucker
          Matthew Sean Tucker
          Florida Bar No. 90047
          TUCKER LAW
          800 SE 3rd Avenue, Suite 300
          Fort Lauderdale, FL 33316
          Telephone: (954) 204-0444
          Facsimile: (954) 358-4946
          Matt@TuckerUp.com

          Ronald H. Spuhler
          Rajendra A. Chiplunkar
          Wayne H. Bradley
          MCANDREWS, HELD & MALLOY, LTD
          500 West Madison Street
          Chicago, Illinois 60661
          (312) 775-8000
          rspuhler@mcandrews-ip.com
          rchiplunkar@mcandrews-ip.com
          wbradley@mcandrews-ip.com
          (all admitted Pro Hac Vice)

          *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ Matthew Sean Tucker
Matthew Sean Tucker
Florida Bar No. 90047
Tucker Law ®
800 SE 3rd Avenue, Suite 300
Fort Lauderdale, FL 33316
Telephone: (954) 204-0444
Facsimile: (954) 358-4946
Email: Matt@TuckerUp.com

OF COUNSEL:

Ronald H. Spuhler
Ryan J. Pianetto
Madeline P. Paradkar
MCANDREWS, HELD & MALLOY, LTD
500 West Madison Street
Chicago, IL 60661
(312) 775-8000

*Attorneys for Plaintiff*