IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-22361

CAL BRIDGE, INC.,

Plaintiff,

v.

ONECAL,

Defendant.

### ORDER GRANTING JOINT MOTION TO RESCHEDULE MARKMAN HEARING AND TO STAY CERTAIN DEADLINES

THIS MATTER came before the Court upon the parties' Joint Motion to Reschedule Markman Hearing and to Stay Certain Deadlines (the "Motion"). The Court, having reviewed the Motion, the record, and being otherwise fully advised in the premises, hereby

ORDERS AND ADJUDGES as follows:

1. The Motion is **GRANTED.**

2. The Markman (claim construction) hearing shall be held on **[Date]** in Miami, Florida, or at such other date and time as the Court may later set by separate notice.

3. All deadlines in this case that fall between the date of this Order and the Markman hearing—including, without limitation, the current November 24, 2025 deadline for the parties to exchange opening expert reports—are hereby **STAYED** pending further Order of the Court.

4. Consistent with the representations in the Motion, the parties shall be prepared at the Markman hearing to present to the Court a proposed schedule for the remainder of the case, adjusted to account for the new Markman hearing date.

**DONE AND ORDERED** in Miami, Florida, this \_\_\_\_ day of November 2025.

                                                                Honorable Roy K. Altman
                                                                United States District Judge

Copies furnished to: All Counsel of Record