**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

CAL BRIDGE, INC.,

      Plaintiff,

v.

ONECAL, SH.P.K.,

      Defendant.

Case No. 1:24-cv-22361-RKA

**JOINT MOTION TO MODIFY THE AMENDED SCHEDULING ORDER**

Plaintiff, Cal Bridge, Inc. ("Plaintiff" or "Cal Bridge") and Defendant OneCal, SH.P.K. ("Defendant" or "OneCal") jointly request that the operative scheduling order [D.E. 93] be amended as described below.

The deadline for Defendant to file its final non-infringement contentions was March 25, 2026. Due to some health concerns for one of Defendant's counsel, the parties agreed to extend that deadline by one week, with the understanding that the deadline for Plaintiff's opening technical expert report (which would be responding to Defendant's non-infringement contentions) would likewise be extended by one week. The parties agree that it would be more efficient to keep all expert reports on the same track.

In view of the foregoing, the parties respectfully request that the Court modify the current scheduling order as follows:

| Action | Current Date | Proposed Date |
|---|---|---|
| Parties to exchange expert witness summaries or reports on issues for which they bear the burden of proof | May 1, 2026 | May 15, 2026 |
| Parties to exchange rebuttal expert witness summaries or reports | May 29, 2026 | June 12, 2026 |
| Parties to exchange reply expert witness summaries or reports | June 12, 2026 | June 26, 2026 |
| All discovery, including expert discovery, to be completed | July 10, 2026 | July 17, 2026 |
| Parties to have completed mediation and filed a mediation report | July 17, 2026 | July 24, 2026 |
| The parties to file any motions for summary judgment | July 31, 2026 | July 31, 2026 |

All remaining deadlines should remain the same.

A proposed order reflecting these changes is submitted herewith.

Dated:  April 29, 2026

Respectfully submitted,

By: /s/ Matthew Sean Tucker          By: /s/ *Martin B. Sipple*
Matthew Sean Tucker                Fla. Bar No. 0135399
Florida Bar No. 90047                Alexandra Akre
TUCKER LAW                          Fla. Bar No.: 125179
800 SE 3rd Avenue, Suite 300         AUSLEY & McMULLEN, P.A.
Fort Lauderdale, FL 33316            123 South Calhoun Street
Telephone: (954) 204-0444          Tallahassee, Florida 32301
Facsimile: (954) 358-4946           (850) 224 9115 (telephone)
Matt@TuckerUp.com                (850) 222 7560 (facsimile)
                                      mispple@ausley.com
Ronald H. Spuhler                  aakre@ausley.com
Rajendra A. Chiplunkar
Wayne H. Bradley                 SUITER SWANTZ, PC LLO
MCANDREWS, HELD & MALLOY, LTD    Nicholas R. Grennan (NE Bar #23928)
500 West Madison Street           (Admitted *pro hac vice*)
Chicago, Illinois 60661            14301 FNB Pkwy, #220
(312) 775-8000                    Omaha, Nebraska 68154
rspuhler@mcandrews-ip.com         (402) 496-0300 – telephone
rchiplunkar@mcandrews-ip.com      nrg@suiter.com
wbradley@mcandrews-ip.com
(all admitted Pro Hac Vice)           *Attorneys for Defendant*

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ Matthew Sean Tucker