**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

CAL BRIDGE, INC.,

Plaintiff,

v.

ONECAL,

Defendant.

Case No. 1:24-cv-22361-RKA

**JOINT STIPULATION REGARDING CERTAIN DISCOVERY ISSUES**

Plaintiff, Cal Bridge, Inc. ("Plaintiff" or "Cal Bridge") and Defendant OneCal ("Defendant" or "OneCal") have amicably resolved certain discovery issues and, as part of this resolution, stipulate to the following:

1. The parties agree that the deposition of the parties' respective experts will take place on the following dates:

   a. Kevin Almeroth (Cal Bridge expert) on July 8 in Santa Barbara, California;

   b. Evan Kovanis (OneCal expert) on July 13 in Bend, Oregon; and

   c. Jospeh Laur (Cal Bridge expert) on July 16 in Chicago, Illinois.

Either party may attend these depositions by Zoom.

2. Pursuant to Magistrate Judge Lett's June 8, 2026 order, Cal Bridge is entitled to take a 30(b)(6) deposition of OneCal on certain non-duplicative technical and financial topics, not to exceed four (4) hours. Cal Bridge will serve a list of its topics by June 26. The deposition related to any technical topics will proceed at 9:00 am ET on July 14, 2026, while the deposition related to any financial topics will proceed at 9:00 am ET on August 4, 2026. The time of the two installments shall not exceed a combined total of four hours.

3. The 30(b)(6) depositions of OneCal will be conducted via Zoom and transcribed and recorded by a court reporter located in the United States. The court reporter shall administer an oath to the witness(es) via Zoom. The parties agree that, notwithstanding the fact that the witnesses will be physically located in Albania, the deposition shall be treated for all purposes as if they were conducted in the United States. The parties further agree that no party shall object to the use or admissibility of the deposition transcripts on the basis that the depositions occurred outside the Unites States or that any procedural requirements of the United States of any foreign jurisdiction were not followed. Cal Bridge agrees to pay $1,600 to the Wolff Theis law firm prior to July 14, 2026, as full and final payment, to cover costs associated with all OneCal depositions that have occurred, or that are scheduled, in this case.

4. Within two (2) business days of the filing of this stipulation, Cal Bridge will produce its federal tax returns for tax years 2023-2025.

5. On or before July 24, 2026, OneCal will serve a response to Cal Bridge's damages contention interrogatories, including: (1) an identification, with particularity, of the specific document(s) that OneCal contends identifies the revenue, costs and profit it received from the sale of the accused product; (2) a narrative account of the theories of damages that OneCal contends are appropriate, including its proposed methodology, the amount of damages owed and the factual bases for each; and (3) to the extent OneCal disagrees with any opinion of Mr. Laur, a narrative account, including the factual bases, for its disagreement (to the extent not addressed in responding to (2) above).

6. The parties agree that, despite being designated as Highly Confidential, two representatives from each party, having executed the Protective Order acknowledgement, may have access to: (1) the expert report of Joseph Laur; (2) the parties' interrogatory responses related

to the parties' damages contentions; and (3) the deposition testimony of Mr. Laur and OneCal's corporate designee for the financial topics (currently scheduled for August 4, 2026).

7. Cal Bridge reserves the right to seek permission to serve a supplemental damages expert report that addresses any newly-disclosed information or theory. OneCal does not currently agree to any supplementation of Cal Bridge's expert reports.

8. Because neither party intends to file summary judgment motions on damages-related issues, the parties agree that the foregoing proposal shall not interfere with the deadline for filing summary judgment motion or any other case deadline thereafter.

Dated: June 25, 2026

Respectfully submitted,

By /s/ *Matthew Sean Tucker*
Matthew Sean Tucker
Florida Bar No. 90047
TUCKER LAW
800 SE 3rd Avenue, Suite 300
Fort Lauderdale, FL 33316
Telephone: (954) 204-0444
Facsimile: (954) 358-4946
Matt@TuckerUp.com

(Admitted *pro hac vice*)
Ronald H. Spuhler
Rajendra A. Chiplunkar
Wayne H. Bradley
Ryan J. Pianetto
MCANDREWS, HELD & MALLOY, LTD
500 West Madison Street
Chicago, Illinois 60661
(312) 775-8000
rspuhler@mcandrews-ip.com
rchiplunkar@mcandrews-ip.com

*Attorneys for Plaintiff*

By: /s/ *Martin B. Sipple*
Fla. Bar No. 0135399
Alexandra Akre
Fla. Bar No.: 125179
AUSLEY & McMULLEN, P.A.
123 South Calhoun Street
Tallahassee, Florida 32301
(850) 224 9115 (telephone)
(850) 222 7560 (facsimile)
mispple@ausley.com
aakre@ausley.com

SUITER SWANTZ, PC LLO
Nicholas R. Grennan (NE Bar #23928)
(Admitted *pro hac vice*)
14301 FNB Pkwy, #220
Omaha, Nebraska 68154
(402) 496-0300 – telephone
nrg@suiter.com

*Attorneys for Defendant*