**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CAL BRIDGE, INC.,

Plaintiff,

v. Case No.: 1:24-cv-22361

ONECAL, SH.P.K.,

Defendant.

_______________________________________/

**CONSENT MOTION TO FILE SUMMARY JUDGMENT DOCUMENTS UNDER SEAL**

Plaintiff Cal Bridge, Inc. ("Cal Bridge") and Defendant OneCal, SH.P.K. ("OneCal") jointly move, pursuant to Local Rule 5.4, for leave to file under seal their motions for summary judgment and statements of undisputed facts in support thereof.

1. Per the Court's Amended Scheduling Order entered on April 30, 2026 (D.E. 111), motions for summary judgment are due July 31, 2026. The parties intend to file motions for summary judgment and, per the Court's Local Rules, statements of undisputed facts in support.

2. Certain of the deposition transcripts, documents, and other materials that the parties intend to reference in their motions contain sensitive information including, for example, references to OneCal's proprietary source code and expert reports referencing the same. These documents have been designated as "Highly Confidential-Attorneys' Eyes Only" pursuant to the Protective Orders entered in this case. (D.E. 42 and 103).

3. Accordingly, if this motion is granted, the parties propose submitting their motions for summary judgment and statements of undisputed facts under seal.

FOR RELIEF, the parties respectfully request that the Court grant this motion and enter its Order authorizing the parties to file under seal their motions for summary judgment and statements of undisputed facts in support, and entering any further relief the Court deems just and appropriate.

Dated: July 28, 2026

Respectfully submitted,

By /s/ *Ronald H. Spuhler*
(Admitted *pro hac vice*)
Ronald H. Spuhler
Rajendra A. Chiplunkar
Wayne H. Bradley
MCANDREWS, HELD & MALLOY, LTD
500 West Madison Street
Chicago, Illinois 60661
(312) 775-8000
rspuhler@mcandrews-ip.com
rchiplunkar@mcandrews-ip.com
wbradley@mcandrews-ip.com

Matthew Sean Tucker
Florida Bar No. 90047
TUCKER LAW
800 SE 3rd Avenue, Suite 300
Fort Lauderdale, FL 33316
Telephone: (954) 204-0444
Facsimile: (954) 358-4946
Matt@TuckerUp.com

*Attorneys for Plaintiff*

By: /s/ *Martin B. Sipple*
Fla. Bar No. 0135399
Alexandra Akre
Fla. Bar No.: 125179
AUSLEY & McMULLEN, P.A.
123 South Calhoun Street
Tallahassee, Florida 32301
(850) 224 9115 (telephone)
(850) 222 7560 (facsimile)
mispple@ausley.com
aakre@ausley.com

Nicholas R. Grennan
Nebraska Bar No. 23928
SUITER SWANTZ, PC LLO
(Admitted *pro hac vice*)
14301 FNB Pkwy, #220
Omaha, Nebraska 68154
(402) 496-0300 – telephone
nrg@suiter.com

*Attorneys for Defendant*