**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-cv-22361-ALTMAN**

**CAL BRIDGE, INC.**,

*Plaintiff*,

*v.*

**ONECAL**,

*Defendant*.
_______________________________________/

## ORDER

On July 28, 2026, the Parties filed a Motion to File Under Seal (the "Motion") [ECF No. 126], asking us to file their summary judgment briefing under seal. After careful review, we hereby **ORDER AND ADJUDGE** that the Motion [ECF No. 126] is **GRANTED** as follows. The Parties' summary-judgment motions, statements of undisputed facts, responses, and replies may be filed under seal and shall remain under seal until further order from this Court.

**DONE AND ORDERED** in the Southern District of Florida on July 30, 2026.



**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record