**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

CAL BRIDGE, INC.,

Plaintiff,

v.

ONECAL, SH.P.K.,

Defendant.

Case No. 1:24-cv-22361-RKA

**JOINT MOTION TO MODIFY THE AMENDED SCHEDULING ORDER**

Plaintiff, Cal Bridge, Inc. and Defendant OneCal, SH.P.K. jointly request that the operative scheduling order [D.E. 111] be amended as described below.

The deadline for the parties to complete mediation and file a mediation report was July 24, 2026. In preparing for this deadline, the parties learned that the mediator they previously agreed to [D.E. 29] is no longer mediating cases. The parties have been in discussions with Jim Matulis, who is on the Southern District's certified mediator list. Because Mr. Matulis was on vacation last week, the parties are still finalizing an engagement letter with Mr. Matulis. However, the parties are tentatively scheduled to appear before him on August 20. As such, the parties request that the Court extend the deadline by which the parties must complete mediation and file a mediation report to August 28, 2026. All remaining deadlines should remain the same.

A proposed order reflecting these changes is submitted herewith.

Dated: July 28, 2026

Respectfully submitted,

By: /s/ Matthew Sean Tucker
Matthew Sean Tucker
Florida Bar No. 90047
TUCKER LAW
800 SE 3rd Avenue, Suite 300
Fort Lauderdale, FL 33316
Telephone: (954) 204-0444
Facsimile: (954) 358-4946
Matt@TuckerUp.com

Ronald H. Spuhler
Rajendra A. Chiplunkar
Wayne H. Bradley
MCANDREWS, HELD & MALLOY, LTD
500 West Madison Street
Chicago, Illinois 60661
(312) 775-8000
rspuhler@mcandrews-ip.com
rchiplunkar@mcandrews-ip.com
wbradley@mcandrews-ip.com
(all admitted Pro Hac Vice)

*Attorneys for Plaintiff*

By: /s/ *Martin B. Sipple*
Fla. Bar No. 0135399
Alexandra Akre
Fla. Bar No.: 125179
AUSLEY & McMULLEN, P.A.
123 South Calhoun Street
Tallahassee, Florida 32301
(850) 224 9115 (telephone)
(850) 222 7560 (facsimile)
mispple@ausley.com
aakre@ausley.com

SUITER SWANTZ, PC LLO
Nicholas R. Grennan (NE Bar #23928)
(Admitted *pro hac vice*)
14301 FNB Pkwy, #220
Omaha, Nebraska 68154
(402) 496-0300 – telephone
nrg@suiter.com

*Attorneys for Defendant*