**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

CAL BRIDGE, INC.,

Plaintiff,

v.

ONECAL, SH.P.K,

Defendant.

Case No. 1:24-cv-22361-RKA

**ORDER**

THIS CAUSE came before the Court upon the parties' Joint Motion to Modify the Amended Scheduling Order. Having reviewed the Motion, it is hereby,

**ORDERED AND ADJUDGED as follows:**

**1.** The aforesaid Motion is GRANTED.

**2.** The deadlines are revised as identified in the Motion, with all other deadlines in the Amended Scheduling Order remaining the same.

ENTERED this ___ day of __________, 2026.

______________________________
Honorable Roy K. Altman
United States District Court Judge

Copies furnished to all counsel of record