**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

CAL BRIDGE, INC.,

Plaintiff,

v.

ONECAL, SH.P.K.,

Defendant.

Case No. 1:24-cv-22361-RKA

**CONSENT MOTION TO EXTEND DEADLINES**
**FOR RESPONDING TO PENDING MOTIONS**

Defendant, OneCal, SH.P.K. ("OneCal"), moves for a four-day extension of the deadlines for responding to certain motions filed by Plaintiff Cal Bridge, Inc. ("Cal Bridge") on July 31, 2026, as described below.

1. Cal Bridge filed on July 31, 2026, a motion for summary judgment and a *Daubert* motion to exclude from summary judgment consideration certain opinions of OneCal's expert, Evan Kovanis.[1]

2. The responses to the summary judgment motion and the *Daubert* motion are currently due on August 14, 2026. Local Rule 7.1(c)(1).

3. Due to the logistics involved in filing the motions under seal, OneCal did not receive service of the motions via PACER on July 31, 2026. Instead, the parties exchanged pdf copies of their respective filings, and OneCal did not receive the full complement of papers from

[1] The Court authorized both parties to file their summary judgment motions and the *Daubert* motion under seal. (D.E. 127). To date, the courts' docket as it appears on PACER does not indicate the docket entry numbers for these motions.

Cal Bridge until late in the day on August 3, 2026. In addition, the motions are technical and complicated, and the Court would benefit from proper and thorough briefing.

4. Accordingly, OneCal respectfully moves to extend, to and including August 18, 2026, the deadlines for filing responses to Cal Bridge's pending summary judgment and *Daubert* motions. These short extensions of the response deadlines more accurately reflect dates 14-days from OneCal's receipt of Cal Bridge's papers and will otherwise benefit the Court by allowing OneCal adequate time to prepare proper and thorough briefs.

5. Undersigned counsel for OneCal has conferred with counsel for Cal Bridge and is authorized to report that Cal Bridge consents to this motion.

FOR RELIEF, Defendant OneCal respectfully requests that the Court grant this motion and enter its order extending, to and including August 18, 20216, the deadline for OneCal to file its responses to Cal Bridge's pending summary judgment and *Daubert* motions, both filed on July 31, 2026, and entering any further relief the Court deems just and appropriate.

Respectfully Submitted,

AUSLEY & McMULLEN, P.A.
By: /s/*Martin B. Sipple*
Martin B. Sipple
Florida Bar No. 0135399
Alexandra Akre
Fla. Bar No.: 125179
123 South Calhoun Street
Tallahassee, Florida 32301
(850) 224 9115 (telephone)
(850) 222 7560 (facsimile)
mispple@ausley.com
aakre@ausley.com

SUITER SWANTZ, PC LLO
Nicholas R. Grennan (NE Bar #23928)
14301 FNB Pkwy, Suite 220
Omaha, Nebraska 68154
(402) 496-0300 – telephone
nrg@suiter.com

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing was served via the Courts' Electronic Court Filing ("ECF") system the 7th day of August, 2026, to:

Matthew Sean Tucker
Tucker Law
800 SE 3rd Avenue, Suite 300
Fort Lauderdale, Florida 33316
Matt@TuckerUp.com

Ronald H. Spuhler
Rajendra Chiplunkar
McAndrews, Held & Malloy, Ltd.
500 West Madison Street
Chicago, Illinois 60661
rspuhler@mcandrews-ip.com
rchiplunkar@mcandrews-ip.com

/s/Martin B. Sipple________
Attorney