**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:24-cv-22361 – Civ Altman; Lett**

CAL BRIDGE, INC.,

Plaintiff,

v.

ONECAL, S.H.P.K.,

Defendant.

**PLAINTIFF CAL BRIDGE'S RESPONSIVE STATEMENT OF MATERIAL FACTS**

Pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1(b)(2), Plaintiff Cal Bridge, Inc. ("Cal Bridge" or "Plaintiff") respectfully files this response statement of material facts.

## I. RESPONSE TO DEFENDANT'S STATEMENT OF MATERIAL FACTS

1. Undisputed.

2. Disputed.[1]

3. Undisputed.

4. Undisputed.

5. Disputed. *See* D.E. 128-2 at 70:1-11 (Amazon Web Services "provides services related to hosting [servers] . . . [and] is the provider for the database that OneCal uses.").

[1] Does not comply with L.R. 56.1(b)(1)(B) because it includes more than "a single material fact" and does not provide "specific evidentiary support" and only "a general citation to an exhibit without a page number or pincite."

6. Disputed.[2]

7. Disputed.[3] AWS dedicates actual hardware resources to OneCal to operate the accused OneCal System. D.E. 128-4 at 52:14-21; *see also* 131-5 at ¶ 102 ("A 'core' in a central processing unit ('CPU') is a physical component, or circuitry (the EC2 instance type named t3.small consists of a server with only one core); a thread executed on a CPU core is a sequence of instructions directed toward a particular task.").

8. Undisputed.

9. Disputed. The app.onecal.io directory includes several sub-directories that include several files, e.g., /prisma, /src, /src/components, /src/pages/, /src/server.

10. Disputed. *See* D.E. 128-4 at 63:5-7 ("They are part of the database functionality, or they perform functionality *related* to the database service.") (emphasis added).

11. Disputed to the extent the implication is that the file is part of the calendar synchronization service. *See* D.E. 128-4 at 63:15-64:3 ("it is functionality that's – that's configured to execute and would be needed to perform the ultimate synchronization service. . . . It's in the directory, but I wouldn't consider it to be part of the same service.").

12. Disputed. *See* ¶ 11, *supra*.

13. Undisputed.

14. Disputed. *See, e.g.*, D.E. 128-4 at 63:15-64:3.

15. Disputed. *See, e.g.*, D.E. 128-5 at 195:9-10 ("***if*** they were compiled into a single EC2 software, they would all run on the same processer core.") (emphasis added).

---

[2] Does not comply with L.R. 56.1(b)(1)(B) because it does not provide "specific evidentiary support" and only "a general citation to an exhibit without a page number or pincite."

[3] Does not comply with L.R. 56.1(b)(1)(B) because it does not provide "specific evidentiary support" and only "a general citation to an exhibit without a page number or pincite."

16. Disputed. *See, e.g.*, D.E. 128-5 at 195:9-10 ("***if*** they were compiled into a single EC2 software, they would all run on the same processer core.") (emphasis added).

17. Disputed.[4]

18. Disputed. *See, e.g.*, D.E. 131-3 ¶¶ 85-88.

19. Disputed. *See, e.g.*, D.E. 128-6 at 46:12-47:11 ("A person could do that, but it wouldn't solve the problems.").

20. Disputed. *See, e.g.*, D.E. 128-6 at 47:14-48:3 ("[I]t's just two different things.").

21. Disputed.[5]

22. Disputed. *See, e.g.*, D.E. 131-7 ¶ 213 ("The '739 specification describes the use of rules to determine the notification configuration on a second calendar, when synchronizing from a first calendar."); *see also id.* ¶¶ 214, 224.

23. Undisputed.

*Signature on Next Page*

---

[4] Does not comply with L.R. 56.1(b)(1)(B) because it does not provide "specific evidentiary support" and only "a general citation to an exhibit without a . . . pincite."

[5] Does not comply with L.R. 56.1(b)(1)(B) because it does not provide "specific evidentiary support" and only "a general citation to an exhibit without a page number or pincite."

Dated: August 18, 2026

Respectfully submitted,

By: /s/ Matthew Sean Tucker
Matthew Sean Tucker
Florida Bar No. 90047
TUCKER LAW
800 SE 3rd Avenue, Suite 300
Fort Lauderdale, FL 33316
Telephone: (954) 204-0444
Facsimile: (954) 358-4946
Matt@TuckerUp.com

Ronald H. Spuhler
Rajendra A. Chiplunkar
Wayne H. Bradley
MCANDREWS, HELD & MALLOY, LTD
500 West Madison Street
Chicago, Illinois 60661
(312) 775-8000
rspuhler@mcandrews-ip.com
rchiplunkar@mcandrews-ip.com
wbradley@mcandrews-ip.com
(all admitted Pro Hac Vice)

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: s/Matthew Sean Tucker