**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| CAL BRIDGE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ONECAL S.H.P.K,<br><br>Defendant. | Civil Action No. 1:24-cv-22361 |

**DECLARATION OF RONALD SPUHLER**

I, Ronald H. Spuhler, declare as follows:

1. I am an attorney with the law firm of McAndrews, Held & Malloy, Ltd. I am counsel for Plaintiff Cal Bridge, Inc.

2. I am admitted to practice in Illinois and Minnesota and have been admitted *pro hac vice* in this Court for purposes of the above-captioned litigation.

3. I make this declaration in support of Cal Bridge's Motion to Strike the newly-filed declarations of Evan Kovanis and Eraldo Forgoli. I have personal knowledge of the matters set forth in this Declaration, and, if called upon as a witness, I could and would testify thereto under oath.

4. On August 19, counsel for the parties conferred by phone regarding Cal Bridge's motion.

5. During the call, OneCal conceded that both the Kovanis and Forgoli declarations contained new matter and information not previously disclosed in this case.

6. As for the Forgoli declaration, OneCal's counsel attempted to justify its late filing by stating that OneCal was not required to present its invalidity contentions "chapter and verse"

prior to the summary judgment phase.

7. As for the Kovanis declaration, OneCal conceded the declaration contained some new opinions and information. The remainder of the declaration was "clean up" of items previously raised.

8. OneCal counsel attempted to justify its late filing of the Kovanis declaration by stating that it needed to expand on its prior submissions because it did not appreciate the importance of the REST API to the infringement issue.

9. Cal Bridge cited to the REST API as part of its final infringement contentions filed in March 2026.

10. I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on August 20, 2026

/s/ *Ronald H. Spuhler*

Ronald H. Spuhler
McAndrews, Held & Malloy, Ltd.
500 West Madison Street, 34th Floor
Chicago, IL 60661
T: (312) 775-8000
rspuhler@mcandrews-ip.com