**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

CAL BRIDGE, INC.,

Plaintiff,

v.

ONECAL, SH.P.K,

Defendant.

Case No. 1:24-cv-22361-RKA

**[PROPOSED] ORDER**

THIS CAUSE came before the Court upon Cal Bridge's Motion to Strike New Declarations and Expert Opinions Submitted During Summary Judgment. Having reviewed the Motion, it is hereby,

**ORDERED AND ADJUDGED as follows:**

**1.** The aforesaid Motion is GRANTED.

**2.** The declarations of Evan Kovanis and Eraldo Forgoli, the exhibits attached thereto, and all references to these materials in OneCal's summary judgment filings on August 18 are stricken and will not be considered in ruling on the parties' respective summary judgment motions or at any other time in this case.

ENTERED this ___ day of __________, 2026.

_______________________________
Honorable Roy K. Altman
United States District Court Judge

Copies furnished to all counsel of record