UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CAL BRIDGE, INC.,

Plaintiff,

v. Case No.: 1:24-cv-22361

ONECAL, SH.P.K.,

Defendant.

---

**DEFENDANT'S MOTION TO SEAL JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT AND RESULTING INJUNCTION**

Defendant, OneCal, SH.P.K. ("OneCal"), pursuant to Local Rule 5.4, files this motion to seal the parties' forthcoming Joint Motion for Entry of Consent Judgment and resulting Injunction, both of which are contemplated by the parties' confidential settlement agreement.

1. This is a patent infringement case, in which Plaintiff Cal Bridge, Inc. ("Cal Bridge") alleges that OneCal infringed certain claims of United States Patent No. 11,461,739 ("the '739 Patent").

2. The parties have entered into a Confidential Settlement Agreement related to this case. As part of the parties' confidential agreement, they will file a Joint Motion for Entry of Consent Judgment ("Joint Motion"), which contemplates entry of a stipulated injunction by the Court that will be enforceable if OneCal breaches the settlement agreement ("Injunction"). This motion is submitted in accordance with those provisions. Specifically, OneCal seeks to have the Joint Motion and any resulting Injunction filed under seal, unless release of the information is necessary to comply with a court order or other government demand that has the force of law.

3. OneCal recognizes that there is a presumption in favor of public access to judicial records and that a district court may seal documents only where the public's right of access is

"overcome by a showing of good cause." *OJ Commerce, LLC v. KidKraft, Inc.*, 34 F.4th 1232, 1241 (11th Cir. 2022). The "good cause" showing requires balancing the asserted right of access against the parties' interest in keeping the information confidential. *Romero v. Drummond Co., Inc.*, 480 F.3d 1234, 1245 (11th Cir. 2007).

4. Here, good cause exists to permit filing of the Joint Motion and any resulting Injunction under seal because they are part of a confidential settlement agreement. The parties carefully negotiated the settlement agreement such that the Injunction contemplated to be entered by the Court is only enforceable if OneCal otherwise breaches the terms of the confidential settlement agreement. Cal Bridge and OneCal are competitors in the calendar synchronization market and public filing of the Joint Motion and the resulting Injunction could cause OneCal customers to mistakenly conclude that OneCal is no longer able to offer a calendar synchronization product and seek to cancel their agreements with OneCal and/or move their business to Cal Bridge or another competitor in the market. This would irreparably harm OneCal and, in light of the carefully negotiated terms of the confidential settlement agreement and in order to prevent confusion in the marketplace, good cause exists to maintain the Joint Motion and the resulting Injunction under seal.

**Certificate of Conferral**

In accordance with Local Rule 7.1(a)(3), undersigned counsel conferred by telephone with counsel for Cal Bridge and is authorized to represent that Cal Bridge does not oppose the relief sought in this motion.

FOR RELIEF, Defendant OneCal respectfully requests that the Court grant this motion and enter its order directing that the Joint Motion contemplated by the parties' Confidential Settlement

Agreement and any resulting Injunction be filed under seal, and entering any further relief the Court deems just and appropriate.

Respectfully submitted,

AUSLEY & McMULLEN, P.A.

By: /s/*Martin B. Sipple*
Martin B. Sipple
Florida Bar No. 0135399
Alexandra Akre
Fla. Bar No.: 125179
123 South Calhoun Street
Tallahassee, Florida 32301
(850) 224 9115 (telephone)
(850) 222 7560 (facsimile)
mispple@ausley.com
aakre@ausley.com

SUITER SWANTZ, PC LLO
Nicholas R. Grennan (NE Bar #23928)
14301 FNB Pkwy, #220
Omaha, Nebraska 68154
(402) 496-0300 – telephone
nrg@suiter.com

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing was served via the Court's ECF service the 28th day of August, 2026, to:

Matthew Sean Tucker
Tucker Law
800 SE 3rd Avenue, Suite 300
Fort Lauderdale, Florida 33316
Matt@TuckerUp.com

Ronald H. Spuhler
Rajendra Chiplunkar
McAndrews, Held & Malloy, Ltd.
500 West Madison Street
Chicago, Illinois 60661
rspuhler@mcandrews-ip.com
rchiplunkar@mcandrews-ip.com

/s/Martin B. Sipple_______
Attorney